UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ERIC REDDICK,**

        **Petitioner,**

**v.**                                                                            **Case No:   6:15-cv-1471-Orl-41GJK**

**PAM BONDI,**

        **Respondent.**

## REPORT AND RECOMMENDATION

This cause comes before the Court on periodic review. On November 13, 2015, the Court entered an order (the "Order") denying Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, and dismissing the complaint because it failed to comply with the requirements of Rule 8, Federal Rules of Civil Procedure, and failed to state a claim on which relief may be granted. Doc. No. 13. The Court granted Plaintiff leave to file an amended complaint within twenty-one (21) days from the date the Order was entered. *Id*. at 7. The Court admonished Plaintiff that "[f]ailure to file an amended complaint and renew the motion to proceed *in forma pauperis* or pay the full filing fee within the time provided will result in a recommendation that the case be dismissed without further warning[.]" *Id*. at 8. Plaintiff has not filed an amended complaint, and the time for doing so has passed. Given the Court's admonishment and Plaintiff's failure to file an amended complaint in the time provided (or a motion for an extension of time), the undersigned finds the case is due to be dismissed without prejudice for failure to prosecute. Fed. R. Civ. P. 41(b).

Accordingly, it is **RECOMMENDED** that:

1. The case be **DISMISSED without prejudice** for failure to prosecute; and

- 2 -

2. The Clerk be directed to close the case.

**The Clerk is directed to send a copy of this report and recommendation to Plaintiff by certified and regular mail.**

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.  *See* 11th Cir. R. 3-1.

Recommended in Orlando, Florida on December 9, 2015.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties